# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY D. JUSTICE, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00686-JSR ) ) |
| CASTLIGHT HEALTH, INC., BRYAN ROBERTS, ED PARK, DAVID B. SINGER, MICHAEL EBERHARD, DAVID EBERSMAN, KENNY VAN ZANT, SETH COHEN, JUDITH K. VERHAVE, MAEVE O'MEARA, VERA WHOLE HEALTH, INC., and CARBON MERGER SUB, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 28, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*

So ORDERED

/s/ Jed S. Rakoff
USDJ
3-2-22